ECF

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JUL 28 2006
U.S. COURT OF
FEDERAL CLAIMS

GTSI CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No: 06-545 C

Judge: ______________

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to the U.S. Court of Federal Claims Rule 7.1, GTSI Corp. ("GTSI") provides as follows for its mandatory disclosure statement:

1. GTSI is a nongovernmental corporate party to a proceeding in this Court.

2. No parent corporation and no publicly held corporation owns 10% or more of GTSI's stock.

Respectfully submitted,

Heather A. James, Esq.
ALBO & OBLON, LLP
2200 Clarendon Boulevard
Suite 1201
Arlington, Virginia 22201
Telephone: (703) 312-0410
Facsimile: (703) 312-0415

*Counsel for GTSI Corp.*

Dated: July 27, 2006