IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GTSI CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-545C |
| | ) | (Judge Block) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Marla Conneely attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

MARLA CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Marla Conneely
MARLA CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Tele: (202) 305-7562
Fax: (202) 305-7643

Dated: August 16, 2006