IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GTSI CORP., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 06-545C (Judge Block) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Dawn S. Conrad as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Dawn S. Conrad
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

Dated: August 17, 2006
electronically filed

s/Dawn S. Conrad
Dawn S. Conrad
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 305-7562
Telecopier:(202) 305-7643

## CERTIFICATE OF FILING

I hereby certify that on August 17, 2006, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad
Dawn S. Conrad