**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GTSI CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-545C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 62-day enlargement of time, to and including November 27, 2006, to file a response to the complaint. Our response is currently due on September 26, 2006. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel has represented that plaintiff, GTSI Corp., does not oppose an enlargement but does object to an enlargement greater than 40 days.

The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the Federal Election Commission ("FEC"), as required by 28 U.S.C. § 520. Due to administrative error, the FEC did not receive a copy of the complaint and our request for a litigation report until September 20, 2006. Therefore, additional time is necessary to allow sufficient time for agency counsel to prepare the litigation report and for counsel to review the litigation report and prepare the Government's response to the complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time of 62 days, to and including November 27, 2006, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

electronically filed
September 26, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2006, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad