**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GTSI CORP., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No: 06-545C<br>Judge Block |

**CONSENT MOTION FOR SUBSTITUTION OF COUNSEL**

COMES NOW, the law firm of ALBO & OBLON, L.L.P., representing Plaintiff GTSI Corp. in the above-styled matter, pursuant to the United States Court of Federal Claims Rule 83.1(c), and moves this Court to substitute its counsel.

Plaintiff GTSI Corp. respectfully requests that the Court grant this motion effectuating the substitution of Seth C. Berenzweig of ALBO & OLBON, L.L.P. as attorney of record and lead attorney for Plaintiff GTSI Corp., and to kindly remove Heather A. James, formerly of ALBO & OBLON, L.L.P., as lead attorney and attorney of record for Plaintiff GTSI Corp. Opposing counsel has been consulted and has consented to this motion.

Seth C. Berenzweig attests that Plaintiff GTSI Corp. has been notified and consents to the substitution of counsel per an Affidavit of Appointment attached here. Contact information for Mr. Berenzweig is provided below:

Seth C. Berenzweig, Esq.
ALBO & OBLON, L.L.P.
2200 Clarendon Boulevard
Suite 1201
Arlington, Virginia 22201
Telephone: (703) 312-0414
Facsimile: (703) 312-0415

E-mail: scb@albo-oblon.com.

Heather A. James has been consulted and has consented to the substitution of counsel per an Affidavit attached here.

Therefore, Plaintiff GTSI Corp. requests that the Court grant this motion.

Dated: November 9, 2006
(Electronically Filed)

Respectfully submitted,

s/ Seth C. Berenzweig

Seth C. Berenzweig, Esq.
Sarah T. Zaffina, Esq.
ALBO & OBLON, L.L.P.
2200 Clarendon Blvd.
Suite 1201
Arlington, VA 22201
Telephone: (703) 312-0410
Facsimile: (703) 312-0415

*Counsel for GTSI Corp.*

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on November 9, 2006, a copy of the Motion for Substitution of Counsel was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Furthermore, I hereby certify that on November 9, 2006, a copy of the Motion for Substitution of Counsel was sent via facsimile and first class mail to:

Joseph Uglialoro, Esq.
Senior Corporate Counsel
GTSI Corp.
39901 Stonecroft Boulevard
Chantilly, Virginia 20151-1010
Facsimile No.: (703) 222-5217.

s/ Seth C. Berenzweig
Seth C. Berenzweig