**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GTSI CORP., | ) | |
| Plaintiff, | ) | |
| v. | ) | No: 06-545C<br>Judge Block |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF APPOINTMENT**

COMES NOW Seth C. Berenzweig to hereby swear and affirm the following under penalties of perjury:

1. I am over the age of 18 years, otherwise competent to make this affidavit, and state as below based on my personal knowledge.

2. I am a resident and domiciliary of the State of Maryland residing at 705 Market Street East, in Gaithersburg, MD.

3. I am an attorney licensed to appear in the United States Court of Federal Claims and a partner of ALBO & OBLON, L.L.P.

4. Heather A. James is no longer an attorney employed by ALBO & OBLON, L.L.P. It is my understanding that Heather A. James consents to my motion for substitution of counsel, which replaces her with me as lead attorney and attorney of record for Plaintiff GTSI Corp. in the above-styled case.

5. Plaintiff GTSI Corp., in the above-styled case, has been and continues to be a client of ALBO & OBLON, L.L.P. and has been notified that I am submitting this motion to

substitute myself as lead attorney and attorney of record in place of Heather A. James for the company in the above-styled case. Plaintiff GTSI Corp. consents to this substitution of counsel.

6. Counsel for the Defendant United States in the above-styled case, Dawn S. Conrad, has been consulted about this substitution of counsel for Plaintiff GTSI Corp. and consents to the substitution.

FURTHER AFFIANT SAYETH NOT.

Seth C. Berenzweig, Affiant

Commonwealth of Virginia,

County/City of Arlington; to wit

Subscribed and sworn to by Seth C. Berenzweig in my presence and in the jurisdiction aforesaid on this 9th day of November, 2006.

Notary Public

My commission expires: Dec 31, 2008