# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GTSI CORP.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No: 06-545C<br>Judge Block |

## AFFIDAVIT OF HEATHER A. JAMES

COMES NOW Heather A. James to hereby swear and affirm the following under penalties of perjury:

1. I am over the age of 18 years, otherwise competent to make this affidavit, and state as below based on my personal knowledge.

2. I am a resident and domiciliary of the State of Maryland residing at 7310 Edgewood Road, Annapolis, MD 21403.

3. I am an attorney licensed to appear in the United States Court of Federal Claims and I am the lead attorney and attorney of record for Plaintiff GTSI Corp. in the above-styled case.

4. I have been consulted and consent to the substitution of Seth C. Berenzweig of ALBO & OBLON, L.L.P as counsel for Plaintiff GTSI Corp. in the above-styled case. It is my understanding that Plaintiff GTSI Corp. has been consulted about the substitution of counsel for Plaintiff GTSI Corp. and consents to this substitution.

FURTHER AFFIANT SAYETH NOT.

Heather A. James, Affiant

State of Maryland,

County/City of Baltimore; to wit

Subscribed and sworn to by Heather A. James in my presence and in the jurisdiction aforesaid on

this 6th day of November, 2006.

Notary Public

My commission expires: 6-1-2008