# United States Court of Federal Claims

**No. 06-545 C**
**November 15, 2006**

**GTSI CORP.,**

***Plaintiff*,**

**v.**

**UNITED STATES OF AMERICA,**

***Defendant*.**

**ORDER**

On November 9, 2006, plaintiff filed a Consent Motion for Substitution of Counsel, pursuant to the Rules of the Court of Federal Claims ("RCFC") Rule 83.1(c)(4). The motion seeks to replace Heather A. James with Seth C. Berenzweig, as attorney of record. Accompanying the motion is an affidavit of Mr. Berenzweig, stating that he is admitted to practice before the United States Court of Federal Claims, that plaintiff consented to the change in counsel, and that defendant does not oppose the motion. Also accompanying the motion is an affidavit of Ms. James consenting to the substitution.

The requirements of RCFC Rule 83.1(c)(4) being met, plaintiff's motion is **GRANTED**.

**IT IS SO ORDERED.**

s/ *Lawrence J. Block*

**Lawrence J. Block**
**Judge**