**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GTSI CORP., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-545C<br>(Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 7-day enlargement of time, to and including December 4, 2006, to file a response to the complaint. Our response is currently due on November 27, 2006. This is defendant's second request for an enlargement of time for this purpose. Plaintiff's counsel has represented that plaintiff, GTSI Corp., does not oppose this motion.

The enlargement is requested because the workload of the undersigned counsel of record for defendant prevents her from meeting the current deadline. Defendant's counsel of record is preparing two briefs to be filed in the United States Court of Appeals for the Federal Circuit in the cases of Corrigan v. United States, No. 06-5097, and Lovering-Johnson v. Winter, No. 06-1268. Defendant's counsel of record will also be out of the office on November 23-24, 2006, for the Thanksgiving holiday. The additional time will permit defendant's counsel to prepare the Government's response to the complaint and obtain the necessary internal review.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time of 7 days, to and including December 4, 2006, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2279
Fax: (202) 305-7643

electronically filed
November 22, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad