# United States Court of Federal Claims

**No. 06-545 C**
**February 21, 2007**

**GTSI CORP.,**

***Plaintiff*,**

**v.**

**UNITED STATES OF AMERICA,**

***Defendant*.**

**INITIAL SCHEDULING ORDER**

On January 25, 2007, the parties filed the Joint Preliminary Status Report which included a proposed schedule for the parties to proceed with discovery. Accordingly, it is ORDERED that the parties comply with the following schedule:

1. Parties shall exchange initial disclosures by **March 16, 2007**.
2. Plaintiff's expert witness reports shall be produced by **July 2, 2007**.
3. Defendant's expert witness reports shall be produced by **August 15, 2007**.
4. Plaintiff's expert witness rebuttal reports shall be produced by **September 7, 2007**.
5. Fact and expert discovery shall conclude by **October 12, 2007**.
6. Parties shall file dispositive motions by **November 12, 2007**.

If dispositive motions are not filed, the parties shall file a Joint Status Report by **November 12, 2007**, informing the Court how they wish to proceed with this matter.

Defendant's request for a separate deadline for preliminary expert witness disclosure has not been granted, since such a disclosure is not provided for in the Court's rules. Should a party at anytime need more time to fulfill discovery requirements, the Court's rules allow for the filing of a motion requesting an enlargement of time. *See* Rules of the Court of Federal Claims Rule 6.1.

**IT IS SO ORDERED.**

s/ Lawrence J. Block

**Lawrence J. Block**
**Judge**