**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| GTSI CORP.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No: 06-545C<br>Judge Block |

**NOTICE OF DISCOVERY**

THE CLERK SHALL KINDLY NOTE that Plaintiff, GTSI Corp., through its undersigned counsel, and pursuant to the United States Court of Federal Claims Rules 33 and 34, served by hand Plaintiff's First Set of Interrogatories and Requests for Production of Documents upon counsel for the Defendant on March 5, 2007.

Respectfully submitted,

s/ Seth C. Berenzweig

Seth C. Berenzweig, Esq.
Sarah T. Zaffina, Esq.
ALBO & OBLON, L.L.P.
2200 Clarendon Blvd.
Suite 1201
Arlington, VA 22201
Telephone: (703) 312-0410
Facsimile: (703) 312-0415

*Counsel for GTSI Corp.*

Dated: March 8, 2007
(Electronically Filed)

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on March 8, 2007, a copy of the Notice of Discovery was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Seth C. Berenzweig
Seth C. Berenzweig