**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GTSI CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-545C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR A PROTECTIVE ORDER**

Pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims, the parties respectfully request that the Court enter a protective order in this matter.

GTSI Corp. ("Plaintiff"), and the United States ("Defendant") are presently engaged in discovery in the above styled matter pending before the Court. The parties consider certain information being sought in discovery or included in documents sought in discovery to be of a confidential nature and wish to establish procedures for the handling of such information; therefore, the parties have agreed to the entry of the attached protective order to permit each other to discover information deemed confidential pursuant to the procedures set forth in the attached protective order.

For these reasons, the parties respectfully request that the Court grant this joint motion for a protective order.

Respectfully submitted,

s/Seth C. Berenzweig
Seth C. Berenzweig, Esq.
ALBO & OBLON, LLP
Courthouse Plaza
2200 Clarendon Boulevard, St. 1201
Arlington, Virginia 22201
Ph: (703) 312-0410
Fax: (703) 312-0415

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2279
Fax: (202) 305-7643

OF COUNSEL:

HOLLY J. BAKER
Attorney
Federal Election Commission
999 E Street, N.W.
Washington, D.C. 20463

Attorneys for Defendant

electronically filed,
March 30, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2007, a copy of the foregoing "JOINT MOTION FOR A PROTECTIVE ORDER" and the attached "AGREED PROTECTIVE ORDER" were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad