**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GTSI CORP., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-545 C<br>Hon. Lawrence J. Block |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

COMES NOW Plaintiff GTSI Corp., ("Plaintiff" or "GTSI"), through its undersigned counsel, pursuant to Rules 7(a) and 15(a) of the U.S. Court of Federal Claims, and moves this Court for entry of an Order granting it leave to file the attached Amended Complaint ("Exhibit A") against Defendant United States ("Defendant"), acting through the Federal Election Commission ("FEC").

Plaintiff brings this Motion now given that its most recent claim, submitted to the FEC on January 18, 2007, under Contract Number FE-3-AC-0055 has been denied by the contracting officer. Plaintiff's recent claim arises out of the same Contract under which its initial claim was filed in this matter.

Respectfully submitted,

s/ Seth C. Berenzweig

Seth C. Berenzweig, Esq.
Sarah T. Zaffina, Esq.
ALBO & OBLON, L.L.P.
2200 Clarendon Blvd.

Suite 1201
Arlington, VA 22201
Telephone: (703) 312-0410
Facsimile: (703) 312-0415

*Counsel for GTSI Corp.*

Dated: March 30, 2007
(Electronically Filed)

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2007, a true copy of Plaintiff's Motion for Leave to File Amended Complaint was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Seth C. Berenzweig
Seth C. Berenzweig