**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GTSI CORP., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-545 C<br>Hon. Lawrence J. Block |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Plaintiff's Memorandum of Law in Support of its Motion for Leave to File Amended Complaint filed March 30, 2007, and it appearing that counsel for the Defendant does not oppose Plaintiff's motion, it is hereby

ORDERED that the Plaintiff is granted leave to file its Amend Complaint, attached as Exhibit A in Plaintiff's Motion for Leave to Amend, and

Pursuant to Rule 15(a), Defendant shall have ten (10) days from the entry of this Order to file its Answer to Plaintiff's Amended Complaint.

ENTERED this ________ day of ____________, 2007.

______________________________
Lawrence J. Block
Judge

WE ASK FOR THIS:

______________________________

Seth C. Berenzweig, Esq.
Sarah T. Zaffina, Esq.
ALBO & OBLON, L.L.P.
2200 Clarendon Blvd.
Suite 1201
Arlington, VA 22201
Telephone: (703) 312-0410
Facsimile: (703) 312-0415
*Counsel for GTSI Corp.*

SEEN AND ____________________:

______________________________

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

BRYANT G. SNEE
Assistant Director

DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Ph: (202) 616-2279
Fax: (202) 305-7643
*Counsel for Defendant*

OF COUNSEL:

COLLEEN T. SEALANDER
Assistant General Counsel

HOLLY J. BAKER
Attorney
Federal Election Commission
999 E Street, N.W.
Washington, D.C. 20463
*Counsel for Defendant*