**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GTSI CORP., Plaintiff, v. THE UNITED STATES, Defendant. | ) | Case No. 06-545 C<br>Hon. Judge Block |

**CONSENT MOTION FOR EXTENSION OF DISCOVERY DEADLINES**

GTSI Corp. ("Plaintiff"), by undersigned counsel, files this consent motion for a short extension for completion of discovery in this matter pursuant to the Rule 6.1 of the Court of Federal Claims and the Initial Scheduling Order dated February 21, 2007, and in support of this motions provides as follows:

1. On February 21, 2007 the Court issued the Initial Scheduling Order that set forth the following dates:

   a. Plaintiff's expert witness reports shall be produced by July 2, 2007;

   b. Defendant's expert witness reports shall be produced by August 15, 2007;

   c. Plaintiff's expert witness rebuttal reports shall be produced by September 7, 2007;

   d. Fact and expert discovery shall conclude by October 12, 2007;

   e. Parties shall file dispositive motions by November 12, 2007.

2. On March 5, 2007, Plaintiff issued its first set of interrogatories and requests for document production on the Defendant.

3. On March 30, 2007, Plaintiff filed a motion to amend its Complaint, which was granted by the Court on April 17, 2007.

4. On April 5, 2007, Defendant submitted responses to Plaintiff's interrogatories and requests for production.

5. On April 6, 2007, Defendant issued its first set of interrogatories and requests for document production on the Plaintiff.

6. On April 10, 2007, Plaintiff issued Defendant a Notice of 30(b)(6) Deposition, which is expected to be taken on June 11, 2007.

7. On April 12, 2007, Plaintiff went to the Defendant's offices to begin reviewing documents made available for inspection by the Defendant in response to the Plaintiff's discovery requests. Thereafter, the Defendant submitted its documents on CDs to Plaintiff; a total of 8 disks. Defendant received the last CD of document on May 11, 2007. As of May 21, 2007, Plaintiff is awaiting Defendant's privilege log that is to accompany the Defendants discovery responses and it is expected to be submitted to Plaintiff shortly.

8. On April 26, 2007, Defendant filed its Amended Answer.

9. On April 27, 2007, Defendant submitted to Plaintiff supplemental 26(a) disclosures and discovery responses.

10. On May 7, 2007, Plaintiff filed its objections to Defendant's discovery requests. Plaintiff expects to submit its answers to Defendant's discovery requests by May 30, 2007.

11. As this case has proceeded, it has become apparent that there will be an extremely large volume of documents. Defendant has submitted over 60,000 pages of documents in response to Plaintiff's discovery requests.

12. Plaintiff and Defendant are working together to fulfill discovery requirements as expeditiously as possible.

13. Neither party has requested an enlargement of time in which to complete discovery prior to this motion.

14. The sheer volume of documents to be reviewed by each party requires additional time so that the parties can properly perform their professional duties and complete review of all necessary documents.

15. Plaintiff and Defendant agree that additional time is required in order to complete discovery in this matter, specifically to resolved discovery matters.

16. Plaintiff has consulted Defendant regarding this motion and Defendant has no objection to the instant motion and has no objection to the proposed extension of the discovery schedule.

17. Therefore, Plaintiff requests that the Initial Scheduling Order be reasonably modified as follows:

a. Plaintiff's expert witness reports shall be produced by **August 17, 2007**. This is an extension of 46 days.

b. Defendant's expert witness reports shall be produced by **September 28, 2007**. This is an extension of 44 days.

c. Plaintiff's expert witness rebuttal reports shall be produced by **October 29, 2007**. This is an extension of 52 days.

d. Fact and expert discovery shall conclude by **November 26, 2007**. This is an extension of 45 days.

e. Parties shall file dispositive motions by **December 21, 2007**. This is an extension of 38 days.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and enter an Order approving the proposed amended schedule with these adjusted dates.

Respectfully submitted,

____s/ Seth C. Berenzweig______

Seth C. Berenzweig, Esq.
Sarah T. Zaffina, Esq.
ALBO & OBLON, LLP
2200 Clarendon Boulevard
Suite 1201
Arlington, Virginia 22201
Telephone: (703) 312-0414
Facsimile: (703) 312-0415

Dated: May 22, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2007, a copy of the foregoing Consent Motion for Extension of Discovery Deadlines was sent via first class mail and facsimile to:

Dawn S. Conrad, Esq., Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Facsimile: (202) 305-7643

s/ Seth C. Berenzweig
Seth C. Berenzweig