# United States Court of Federal Claims

**No. 06-545 C**
**May 23, 2007**

**GTSI CORP.,**

***Plaintiff*,**

**v.**

**UNITED STATES OF AMERICA,**

***Defendant*.**

**SCHEDULING ORDER**

On May 22, 2007, plaintiff filed an unopposed motion for extension of discovery deadlines, which included a proposed revised schedule for the parties to proceed with discovery. Accordingly, the Court's Initial Scheduling Order dated February 21, 2007 is revised and it is ORDERED that the parties comply with the following new schedule:

1. Plaintiff's expert witness reports shall be produced by **August 17, 2007**.
2. Defendant's expert witness reports shall be produced by **September 28, 2007**.
3. Plaintiff's expert witness rebuttal reports shall be produced by **October 29, 2007**.
4. Fact and expert discovery shall conclude by **November 26, 2007**.
5. Parties shall file dispositive motions by **December 21, 2007**.

If dispositive motions are not filed, the parties shall file a joint status report by **January 11, 2008**, informing the Court how they wish to proceed with this matter.

**IT IS SO ORDERED.**

s/ Lawrence J. Block

**Lawrence J. Block**
**Judge**