# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GTSI CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-545C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

s/ Seth C. Berenzweig
SETH C. BERENZWEIG
Albo & Oblon, L.L.P.
Courthouse Plaza
2200 Clarendon Boulevard
Suite 1201
Arlington, VA 22201
Tel: (703) 312-0414

Attorney for Plaintiff

Dated: October 9, 2007

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director
Authorized Representative of the
Attorney General

s/ Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 616-2279

OF COUNSEL:

HOLLY J. BAKER
Attorney
Office of General Counsel
Federal Election Commission

Attorneys for Defendant

Dated: October 9, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2007, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL WITH PREJUDICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Dawn S. Conrad